UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Francisco Javier Casablanca-Torres,

                        Plaintiff,                         21-cv-10832  (LAK)

  v.

City of New York, et al.,

                        Defendants..
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER RE SCHEDULING AND<br>INITIAL PRETRIAL CONFERENCE

KAPLAN, District Judge.

      This action is withdrawn from participation in Local Civil Rule 83.10.

Dated: December 21, 2021

                                                            /s/

                                           Lewis A. Kaplan
                                    United States District Judge