UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                                Plaintiff,

        -against-

CITY OF NEW YORK, ET AL.,

                                               Defendants.

------------------------------------------------------------------------- x

**STIPULATION & PROPOSED ORDER**

21 Civ. 10832 (LAK)

        **WHEREAS,** the parties in the above-captioned matter are in the process of briefing the issue of whether this matter should be deemed related or consolidated with *In re NY City Policing During Summer 2020 Demonstrations*, No. 20-cv-8924 (CM)(GWG);

        **WHEREAS**, those parties have agreed that the issues of relatedness and/or consolidation should be addressed before defendants answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter. (Dkt. No. 1-1);

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

        1.    Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be seven (7) days after the Court's decision regarding relatedness and/or consolidation of this matter.

Dated: New York, New York
January 24, 2022

GIDEON ORION OLIVER
*Attorney for Plaintiff*
277 Broadway, Suite 1501
New York, NY 10007
646-263-3495

GEORGIA M. PESTANA
Corporation Counsel of the
City of New York
*Attorney for Defendants City, de Blasio,
Shea, Monahan, & Costello*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Gideon O. Oliver, Esq.
*Attorney for Plaintiff*

By: _____
Peter W. Brocker, Esq.
*Senior Counsel*

SO ORDERED:

/s/
_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2022