UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

FRANCISCO CASABLANCA,

                                        Plaintiff,                                    21 Civ. 10832 (LAK)(JLC)

                        -against-

THE CITY OF NEW YORK *et al*,                                              **STIPULATION**
                                                                          **EXTENDING TIME TO**
                                                                          **RESPOND TO**
                                                                          **PARTIAL MOTION TO**
                                        Defendants.                       **DISMISS**


-------------------------------------------------------------------------------X

**WHEREAS,** Defendants filed a partial motion to dismiss Plaintiff's complaint on

February 7, 2022 (Dkt. 22); and

                **WHEREAS,** Plaintiff anticipates amending the Complaint in an effort to prevent

motion practice at this stage;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and

between the undersigned, as follows:

1.  Plaintiff's time to respond to the partial motion to dismiss or to amend the Complaint shall
    be extended to March 28, 2022; and

2.  Defendants' time to reply to Plaintiff's response shall be extended to April 11, 2022.

Dated:  New York, New York
        March 11, 2022

**COHEN&GREEN P.L.L.C.**                    **NYC CITY LAW DEPARTMENT**

By: _____             By: _____
Elena L. Cohen                             Peter Brocker
J. Remy Green                              100 Church Street
Jessica Massimi                            New York, New York, 10007
                                           (212) 356-3517
1639 Centre Street, Suite 216              Phone: (212) 356-3517
Ridgewood (Queens), NY 11385               Fax: (212) 356-3509
    t: (929) 888-9480                      Daweiss@law.nyc.gov
    f: (929) 888-9457
    e: elena@femmelaw.com                  *Attorney for Defendants*
       remy@femmelaw.com
       jessica@femmelaw.com

 -and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Plaintiff*