UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-15-22
```

FRANCISCO CASABLANCA,

                                Plaintiff,

           -against-

THE CITY OF NEW YORK *et al*,

                              Defendants.

21 Civ. 10832 (LAK)(JLC)

**STIPULATION EXTENDING TIME TO RESPOND TO PARTIAL MOTION TO DISMISS**

-----------------------------------------------------------------X

**WHEREAS,** Defendants filed a partial motion to dismiss Plaintiff's complaint on February 7, 2022 (Dkt. 22); and

**WHEREAS,** Plaintiff anticipates amending the Complaint in an effort to prevent motion practice at this stage;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Plaintiff's time to respond to the partial motion to dismiss or to amend the Complaint shall be extended to March 28, 2022; and

2. Defendants' time to reply to Plaintiff's response shall be extended to April 11, 2022.

Dated: New York, New York
       March 11, 2022

**COHEN&GREEN P.L.L.C.**

By: _____
Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
  t: (929) 888-9480
  f: (929) 888-9457
  e: elena@femmelaw.com
     remy@femmelaw.com
     jessica@femmelaw.com

-and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Plaintiff*

**NYC CITY LAW DEPARTMENT**

By: _____
Peter Brocker
100 Church Street
New York, New York, 10007
(212) 356-3517
Phone: (212) 356-3517
Fax: (212) 356-3509
Daweiss@law.nyc.gov

*Attorney for Defendants*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
3/15/22