```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FRANCISCO JAVIER CASABLANCA TORRES,

                         Plaintiff,

            -against-                              21-cv-10832 (LAK)


THE CITY OF NEW YORK, et al.,

                         Defendants.
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/22

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      1.    This action is dismissed insofar as it is brought against the New York City Police Department, which is not a suable entity. *Jenkins v. City of New York,* 478 F.3d 76, 93 n.19 (2d Cir. 2007).

      2.    Defendants' partial motion to dismiss the complaint [Dkt 22] is denied as moot given the filing of the first amended complaint. Defendants of course may move against the first amended complaint.

      SO ORDERED.

Dated:      April 20, 2022

                                                                                      _____
                                                                                      Lewis A. Kaplan
                                                                             United States District Judge