UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                                    **STIPULATION &**
                                        Plaintiff,   **PROPOSED ORDER**

                -against-                           21 Civ. 10832 (LAK)

CITY OF NEW YORK, ET AL.,

                                        Defendants.

------------------------------------------------------------------------------- x

        **WHEREAS,** Plaintiffs filed their operative First Amended Complaint on April 1, 2022 (Dkt. No. 32);

        **WHEREAS**, the parties previously agreed that Defendants' deadline to answer, move, or otherwise respond would be May 2, 2022 (Dkt. No. 31);

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be extended by twenty-one (21) days, from May 2, 2022 to May 23, 2022;

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2.      Plaintiffs' deadline to oppose Defendants' motion to dismiss, should Defendants'

so move, is extended fourteen (14) days from June 6, 2022 to June 20, 2022.

Dated: New York, New York
         April 26, 2022

ELENA COHEN
*Attorney for Plaintiff*
Cohen Green PLLC
1639 Centre Street
Suite 216
Ridgewood, NY 11385

By: _____
         Elena Cohen, Esq.
         *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
         City of New York
*Attorney for Defendants City, de Blasio,
         Shea, Monahan, & Costello*
100 Church Street, 4th Floor
New York, New York 10007

By: _____
         Peter W. Brocker, Esq.
         *Senior Counsel*

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022