```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                      Plaintiff,

                -against-

CITY OF NEW YORK, ET AL.,

                                  Defendants.

------------------------------------------------------------------x

**STIPULATION &
PROPOSED ORDER**

21 Civ. 10832 (LAK)

        **WHEREAS,** Plaintiffs filed their operative First Amended Complaint on April 1, 2022 (Dkt. No. 32);

        **WHEREAS,** the parties previously agreed that Defendants' deadline to answer, move, or otherwise respond would be May 2, 2022 (Dkt. No. 31);

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be extended by twenty-one (21) days, from May 2, 2022 to May 23, 2022;

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Plaintiffs' deadline to oppose Defendants' motion to dismiss, should Defendants' so move, is extended fourteen (14) days from June 6, 2022 to June 20, 2022.

Dated: New York, New York
April 26, 2022

ELENA COHEN
*Attorney for Plaintiff*
Cohen Green PLLC
1639 Centre Street
Suite 216
Ridgewood, NY 11385

By: _____
Elena Cohen, Esq.
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants City, de Blasio, Shea, Monahan, & Costello*
100 Church Street, 4th Floor
New York, New York 10007

By: _____
Peter W. Brocker, Esq.
Senior Counsel

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: 4/27/, 2022