UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| FRANCISCO JAVIER CASABLANCA-TORRES, <br><br> Plaintiff, <br><br> -against- <br><br> CITY OF NEW YORK, ET AL., <br><br> Defendants. | **STIPULATION & PROPOSED ORDER** <br><br> 21 Civ. 10832 (LAK) |

------------------------------------------------------------------------ x

**WHEREAS,** Plaintiffs filed their operative First Amended Complaint on April 1, 2022 (Dkt. No. 32);

**WHEREAS,** the parties previously agreed that Defendants' deadline to answer, move, or otherwise respond would be May 23, 2022 (Dkt. No. 31);

**WHEREAS,** defense counsel has been engaged in other matters, including the *Watson v. Guerra*, 17-CV-5137 (BCM) trial before Hon. Brian M. Cogan that ended on May 18, 2022.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be extended by seven (7) days, from May 23, 2022 to May 30, 2022;

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Plaintiffs' deadline to oppose Defendants' partial motion to dismiss, should Defendants' so move, is extended seven (7) days from June 20, 2022 to June 27, 2022.

Dated: New York, New York
       May 19, 2022

| | |
|---|---|
| ELENA COHEN<br>*Attorney for Plaintiff*<br>Cohen Green PLLC<br>1639 Centre Street<br>Suite 216<br>Ridgewood, NY 11385 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City, de Blasio,*<br>    *Shea, Monahan, & Costello*<br>100 Church Street, 4th Floor<br>New York, New York 10007 |
| By: _____<br>    Elena Cohen, Esq.<br>    *Attorney for Plaintiff* | By: _____<br>    Peter W. Brocker, Esq.<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022