UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                               Plaintiff,

                             -against-

CITY OF NEW YORK, ET AL.,

                                              Defendants.

-----------------------------------------------------------------x

**STIPULATION & PROPOSED ORDER**

21 Civ. 10832 (LAK)

       **WHEREAS**, Plaintiffs filed their operative First Amended Complaint on April 1, 2022 (Dkt. No. 32);

       **WHEREAS**, the parties previously agreed that Defendants' deadline to answer, move, or otherwise respond would be May 23, 2022 (Dkt. No. 31);

       **WHEREAS**, defense counsel has been engaged in other matters, including the *Watson v. Guerra*, 17-CV-5137 (BCM) trial before Hon. Brian M. Cogan that ended on May 18, 2022.

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be extended by seven (7) days, from May 23, 2022 to May 30, 2022;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2. Plaintiffs' deadline to oppose Defendants' partial motion to dismiss, should Defendants' so move, is extended seven (7) days from June 20, 2022 to June 27, 2022.

Dated: New York, New York
May 19, 2022

| | |
|---|---|
| ELENA COHEN<br>*Attorney for Plaintiff*<br>Cohen Green PLLC<br>1639 Centre Street<br>Suite 216<br>Ridgewood, NY 11385<br><br>By: _____<br>Elena Cohen, Esq.<br>*Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City, de Blasio,*<br>*Shea, Monahan, & Costello*<br>100 Church Street, 4th Floor<br>New York, New York 10007<br><br>By: _____<br>Peter W. Brocker, Esq.<br>*Senior Counsel* |

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: 5/24, 2022