UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FRANCISCO JAVIER CASABLANCA-TORRES,

                              Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                             Defendants.

**NOTICE OF APPEARANCE**

21 Civ. 10832 (LAK) (JLC)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Andrea Osgood**, Assistant Corporation Counsel, appears herein as counsel of record on behalf of the Office of the Corporation Counsel of the City of New York, attorney for Defendants City of New York, Mayor Bill de Blasio, New York City Police Department ("NYPD") Commissioner Dermot Shea, and NYPD Chief of Department Terrance Monahan, and Ryan Costello.

Dated:   New York, New York
          May 26, 2022

                                            HON. SYLVIA O. HINDS-RADIX
                                            Corporation Counsel of the City of New York
                                            *Attorney for Defendants City, de Blasio, Shea,*
                                                *Monahan & Costello*
                                            100 Church Street, Room 3-308
                                           New York, New York 10007
                                           (212) 356-2424

                                    By:    /s/ *Andrea Osgood*
                                               Andrea Osgood
                                               *Assistant Corporation Counsel*

cc:     **Via ECF**
         All counsel of record