

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ANDREA OSGOOD**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2424<br>fax: (212) 356-3509<br>aosgood@law.nyc.gov |

May 26, 2022

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   <u>Francisco Javier Casablanca-Torres v. City of New York, et al.</u>,
              21 Civ. 10832 (LAK) (JLC)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and the attorney assigned to represent defendants City of New York ("City"), Mayor Bill de Blasio, New York City Police Department ("NYPD") Commissioner Dermot Shea, and NYPD Chief of Department Terrance Monahan and Ryan Costello ("defendants") in the above-referenced matter.

        The undersigned was transferred this matter earlier today and needs a brief, two-week enlargement of time to respond to the Amended Complaint. Enclosed herewith is a jointly signed stipulation extending defendants' time to respond to the Amended Complaint from May 30, 2022 to June 13, 2022 and extending plaintiff's time to file an opposition in the event that defendants file a motion to dismiss. Defendants respectfully request that Your Honor grant this request and endorse the enclosed stipulation.

        Thank you for your consideration herein.

                                                                     Respectfully submitted,

                                                                    */s/ Andrea Osgood*
                                                                  Andrea Osgood
                                                                  Assistant Corporation Counsel
                                                                 Special Federal Litigation Division

cc:    **By ECF**
       All counsel of record