UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

FRANCISCO JAVIER CASABLANCA-TORRES,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD OFFICER RYAN COSTELLO, SHIELD NO. 03464; and NYPD MEMBERS JOHN and JANE DOES #1-4,

                                      Defendants.
------------------------------------------------------------------------ X

**NOTICE OF MOTION**

21 Civ. 10832 (LAK)

        **PLEASE TAKE NOTICE** that upon the Declaration of Andrea Osgood, dated June 13, 2022, and the exhibits annexed thereto, the accompanying Memorandum of Law, dated June 13, 2022, and upon all pleadings and proceedings herein, defendants the City of New York, Bill de Blasio, Dermot Shea, Terence Monahan, and Ryan Costello will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order to dismiss the First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

                                    *[remainder of page intentionally left blank]*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the parties' proposed Stipulation and Order dated May 26, 2022, plaintiff's opposition papers, if any, are due on or before July 18, 2022; and,

**PLEASE TAKE FURTHER NOTICE** that, reply papers, if any, are to be served by July 25, 2022.

Dated: June 13, 2022
      New York, New York

                                                **HON. SYLVIA O. HINDS-RADIX**
                                                Corporation Counsel of the City of New York
                                                *Attorney for Defendants City of New York, de Blasio, Shea, Monahan, and Costello*
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 356-2424

                         By:      /s/ *Andrea Osgood*
                                                Andrea Osgood
                                                *Assistant Corporation Counsel*
                                                Special Federal Litigation Division

cc:    **BY ECF**
        All counsel of record