UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FRANCISCO JAVIER CASABLANCA-TORRES,

             Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

             Defendants.

------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/22

**STIPULATION &
~~PROPOSED~~ ORDER**

21 Civ. 10832 (LAK)

   **WHEREAS,** Plaintiff filed the First Amended Complaint on April 1, 2022 (Dkt. No. 32);

   **WHEREAS,** the parties previously agreed that Defendants' deadline to answer, move, or otherwise respond to the First Amended Complaint would be May 30, 2022 and Plaintiff's deadline to oppose Defendants' motion to dismiss, should Defendants' so move, would be June 27, 2022 (Dkt. No. 39);

   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that

   1. Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be extended by fourteen (14) days from May 30, 2022 to June 13, 2022;

   2. Plaintiff's deadline to oppose Defendants' motion to dismiss, should Defendants' so move, is extended by twenty-one (21) days from June 27, 2022 to July 18, 2022.

Dated: New York, New York
       May 26, 2022

| | |
|---|---|
| GIDEON ORION OLIVER<br>*Attorney for Plaintiff*<br>277 Broadway, Suite 1501<br>New York, NY 10007<br>646-263-3495<br><br>By: *[signature]*<br>Gideon O. Oliver, Esq.<br>*Attorney for Plaintiff* | GEORGIA M. PESTANA<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City, de Blasio,<br>   Shea, Monahan, and Costello*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: *[signature]*<br>Andrea Osgood, Esq.<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____*[signature]*_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: 6/15 , 2022