UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X


FRANCISCO CASABLANCA,

                                             21 Civ. 10832 (LAK)(JLC)

                      Plaintiff,

            -against-

THE CITY OF NEW YORK *et al*,

**STIPULATION
EXTENDING TIME TO
RESPOND TO
PARTIAL MOTION TO
DISMISS**

                      Defendants.


-------------------------------------------------------------------------------X

       **WHEREAS,** Defendants filed a partial motion to dismiss Plaintiff's complaint on June 13, 2022 (Dkt. 42);

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Plaintiff's time to respond to the partial motion to dismiss shall be extended to August 8, 2022; and


Dated:  New York, New York
       July 12, 2022

**COHEN&GREEN P.L.L.C.**                    **NYC CITY LAW DEPARTMENT**

By: _____                       By: _____
Elena L. Cohen                               Andrea Osgood
J. Remy Green                                100 Church Street
Jessica Massimi                              New York, New York, 10007
                                             Phone: (212) 356-2424
1639 Centre Street, Suite 216                aosgood@law.nyc.gov
Ridgewood (Queens), NY 11385
   t: (929) 888-9480                         *Attorney for Defendants*
   f: (929) 888-9457
   e: elena@femmelaw.com
      remy@femmelaw.com
      jessica@femmelaw.com

-and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Plaintiff*