Case 1:21-cv-10832-LAK   Document 46   Filed 07/13/22   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/22
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**MEMO ENDORSED**

FRANCISCO CASABLANCA,

                     Plaintiff,

-against-

THE CITY OF NEW YORK *et al*,

                     Defendants.

21 Civ. 10832 (LAK)(JLC)

**STIPULATION EXTENDING TIME TO RESPOND TO PARTIAL MOTION TO DISMISS**

-----------------------------------------------------------------X

WHEREAS, Defendants filed a partial motion to dismiss Plaintiff's complaint on June 13, 2022 (Dkt. 42);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. Plaintiff's time to respond to the partial motion to dismiss shall be extended to August 8, 2022; and

Dated: New York, New York
       July 12, 2022

SO ORDERED
7/14/22
s/j*c

_____
**LEWIS A. KAPLAN, USDJ**