UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

FRANCISCO CASABLANCA,

                                 Plaintiff,

             -against-

THE CITY OF NEW YORK *et al*,

                                Defendants.

21 Civ. 10832 (LAK)(JLC)

**STIPULATION EXTENDING TIME TO RESPOND TO PARTIAL MOTION TO DISMISS**

-------------------------------------------------------------------------------X

**WHEREAS,** Defendants filed a partial motion to dismiss Plaintiff's complaint on June 13, 2022 (Dkt. 42);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Plaintiff's time to respond to the partial motion to dismiss shall be extended to August 29, 2022; and

2. Defendants' time to submit a reply to Plaintiff's opposition shall be extended to September 20, 2022.

Dated: New York, New York
         July 27, 2022

| | |
|---|---|
| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
| By: _/s/_____ | By: _/s/_____ |
| Elena L. Cohen | Andrea Osgood |
| J. Remy Green | 100 Church Street |
| Jessica Massimi | New York, New York, 10007 |
| | Phone: (212) 356-2424 |
| 1639 Centre Street, Suite 216 | aosgood@law.nyc.gov |
| Ridgewood (Queens), NY 11385 | |
|   t: (929) 888-9480 | *Attorney for Defendants* |
|   f: (929) 888-9457 | |
|   e: elena@femmelaw.com | |
|     remy@femmelaw.com | |
|     jessica@femmelaw.com | |

-and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Plaintiff*