UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X

FRANCISCO CASABLANCA,

                                      Plaintiff,

          -against-

THE CITY OF NEW YORK *et al*,

                                   Defendants.

---------------------------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2022

21 Civ. 10832 (LAK)(JLC)

**STIPULATION EXTENDING TIME TO RESPOND TO PARTIAL MOTION TO DISMISS**

      **WHEREAS,** Defendants filed a partial motion to dismiss Plaintiff's complaint on June 13, 2022 (Dkt. 42);

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Plaintiff's time to respond to the partial motion to dismiss shall be extended to August 29, 2022; and

2. Defendants' time to submit a reply to Plaintiff's opposition shall be extended to September 20, 2022.

Dated: New York, New York
       July 27, 2022

**SO ORDERED.**

/s/ Lewis A. Kaplan (mab)
**Lewis A. Kaplan, U.S. District Judge**

**Dated: July 28, 2022**

| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
|---|---|
| By: _____ <br> Elena L. Cohen <br> J. Remy Green <br> Jessica Massimi | By: _____ <br> Andrea Osgood <br> 100 Church Street <br> New York, New York, 10007 <br> Phone: (212) 356-2424 <br> aosgood@law.nyc.gov |
| 1639 Centre Street, Suite 216 <br> Ridgewood (Queens), NY 11385 <br>     t: (929) 888-9480 <br>     f: (929) 888-9457 <br>     e: elena@femmelaw.com <br>       remy@femmelaw.com <br>       jessica@femmelaw.com | *Attorney for Defendants* |

-and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Plaintiff*