UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

FRANCISCO CASABLANCA,

                                                                    21 Civ. 10832 (LAK)(JLC)

                                    Plaintiff,

                -against-                              **STIPULATION
                                                      EXTENDING TIME TO
THE CITY OF NEW YORK *et al*,                         **RESPOND TO
                                                      PARTIAL MOTION TO
                                                      DISMISS**

                                    Defendants.


--------------------------------------------------------------------------------X

       **WHEREAS,** Defendants filed a partial motion to dismiss Plaintiff's complaint on June

13, 2022 (Dkt. 42);

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and

between the undersigned, as follows:

1.  Plaintiff's time to respond to the partial motion to dismiss shall be extended to August 31,
    2022.

2.  Defendants' time to reply shall be extended to September 23,2022.


Dated: New York, New York
      August 26, 2022

**COHEN&GREEN P.L.L.C.**

By: _____
Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
   t: (929) 888-9480
   f: (929) 888-9457
   e: elena@femmelaw.com
     remy@femmelaw.com
     jessica@femmelaw.com

-and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Plaintiff*

**NYC CITY LAW DEPARTMENT**

By: _____
Andrea Osgood
100 Church Street
New York, New York, 10007
Phone: (212) 356-2424
aosgood@law.nyc.gov

*Attorney for Defendants*