**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/22

-----------------------------------------------------------------X

FRANCISCO CASABLANCA,

                              Plaintiff,

           -against-

THE CITY OF NEW YORK *et al*,

                            Defendants.

21 Civ. 10832 (LAK)(JLC)

**STIPULATION EXTENDING TIME TO RESPOND TO PARTIAL MOTION TO DISMISS**

-----------------------------------------------------------------X

**WHEREAS**, Defendants filed a partial motion to dismiss Plaintiff's complaint on June 13, 2022 (Dkt. 42);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Plaintiff's time to respond to the partial motion to dismiss shall be extended to August 31, 2022.

2. Defendants' time to reply shall be extended to September 23, 2022.

Dated: New York, New York
        August 26, 2022

SO ORDERED

LEWIS A. KAPLAN, USDJ

Granted.
8/29/22