# EXHIBIT 1

## Moreno Video

Video exhibit available at this link: https://twitter.com/joshfoxfilm/status/1268366550475603969