

THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, NY 10007

EMERGENCY EXECUTIVE ORDER NO. 119

June 2, 2020

     WHEREAS, on March 12, 2020, the City issued a Declaration of Emergency Related to the presence of COVID-19 in the City ("COVID-19 Declaration of Emergency"); and

     WHEREAS, Emergency Executive Order No. 98, issued March 12, 2020, and extended by Emergency Executive Order No. 112, issued May 9, 2020, contains a declaration of a state of emergency in the City of New York due to the threat posed by COVID-19 to the health and welfare of City residents, and such declaration remains in effect; and

     WHEREAS, large gatherings increase the potential for spread of the virus; and

     WHEREAS, peaceful demonstrations began in the City in response to the death of George Floyd, a Black man in Minneapolis who died after one or more officers knelt on his neck, the latest in a long line of deaths of Black men and women that have spurred protests across our nation, but demonstration activities were subsequently escalated, by some persons, to include actions of assault, vandalism, property damage, and/or looting; and

     WHEREAS, the City remains subject to State and City Declarations of Emergency related to the novel coronavirus disease, COVID-19; and

     WHEREAS, the violent acts have been happening primarily during the hours of darkness, and it is especially difficult to preserve public safety during such hours;

     WHEREAS, the imposition of a curfew is necessary to protect the City and its residents from severe endangerment and harm to their health, safety and property; and

     WHEREAS, on June 1, 2020 I declared a state of emergency to exist within the City of New York,

NOW, THEREFORE, pursuant to the powers vested in me by the laws of the State of New York and the City of New York, including but not limited to the New York Executive Law § 24(1)(a), the Charter and Administrative Code of the City of New York, and the common law authority to protect the public in the event of an emergency:

Section 1. I hereby order a City-wide curfew to be in effect each day from 8:00pm until 5:00am, beginning at 8:00pm on June 3, 2020 and ending at 5:00am on June 8, 2020.  During this time, no persons or vehicles may be in public between the hours of 8:00pm and 5:00am.

Section 2. This Order shall not apply to police officers, peace officers, firefighters, first responders and emergency medical technicians, individuals travelling to and from essential work and performing essential work, people experiencing homelessness and without access to a viable shelter, and individuals seeking medical treatment or medical supplies. "Essential work" is work performed by essential businesses or entities as defined or permitted by the Empire State Development Corporation.

Section 3. This Order shall take effect immediately. Failure to comply with this Order shall result in orders to disperse, and any person who knowingly violates the provisions in this Order shall be guilty of a Class B misdemeanor.

_____
Bill de Blasio,
MAYOR