CRC-3206 (07/17)

# Criminal Court Appearance Ticket

**Name (Last, First, MI):** Torres, Tavier

**Show up to court on:**
Court Appearance Date (mm/dd/yy): 9/30/2020 at: 9:30 a.m.

**Your court appearance location:** ☐ Other (specify) _____

☐ Bronx Criminal Court  ● Kings & New York Criminal Court  ☐ Midtown Community Court  ☐ Redhook Community Justice Center  ☐ Queens Criminal Court  ☐ Richmond Criminal Court

**Court Locations:** You must appear at the court location identified above.

- Bronx Criminal Court .......... 215 E 161st Street, Bronx, NY 10451
- Kings & New York Criminal Court .......... 1 Centre Street, New York, NY 10007
- Redhook Community Justice Center .......... 88-94 Visitation Place, Brooklyn, NY 11231
- Midtown Community Court .......... 314 W 54th Street, New York, NY 10019
- Queens Criminal Court .......... 120-55 Queens Boulevard, Kew Gardens, NY 11415
- Richmond Criminal Court .......... 26 Central Ave, Staten Island, NY 10301

**You are Charged as Follows:**

**Title of Offense:** Violation of Mayor's Emergency order
**County:** Manhattan
**Time 24 Hour (hh:mm):** 2115
**Date of Offense (mm/dd/yy):** 6/3/2020
**Precinct:** 17
**Place of Occurrence:** 50 Street & 3 Avenue
**In Violation of Section:** 3-108   **Subsection:** ___   VTL ☐  Admin Code ☐  Penal Law ☒  Park Rules ☐  Other ☐

**For Additional Information and Questions:**
Visit the website or call the number below for additional information about your court appearance and translation of this document.

www.mysummons.nyc

OR

Call 646-760-3010

**To avoid a warrant for your arrest, you must show up to court.**
At court, you may plead guilty or not guilty.
Please see back for exceptions for Public Consumption of Alcohol and Public Urination offenses.

Defendant stated in my presence (in substance): _____

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

**Complainant's Full Name Printed:** [signature]
**Rank:** PO   **Full Signature of Complainant:** [signature]
**Date Affirmed (mm/dd/yy):** 6/4/2020
**Tax Registry #:** 954672
**Agency:** NYPD
**Command Code:** 109

Barcode: 4448946969

**DEFENDANT'S COPY**