

remy green <remy@femmelaw.com>

## Activity in Case 1:21-cv-10839-PKC Margolies v. The City Of New York , et al Pretrial Conference - Initial

NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>   Fri, Jul 1, 2022 at 12:11 PM
To: CourtMail@nysd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 7/1/2022 at 12:11 PM EDT and filed on 7/1/2022
**Case Name:** Margolies v. The City Of New York , et al
**Case Number:** 1:21-cv-10839-PKC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge P. Kevin Castel: Initial Pretrial Conference held on 7/1/2022. Appearing for plaintiff: Remy Green. Appearing for defendant: Andrea Osgood. Court offered plaintiff opportunity to amend the complaint and plaintiff declined. Defendants deadline to file motion to dismiss is extended to July 19, 2022, plaintiff response is due August 9, 2022, and defendants reply is due August 23, 2022. Court will enter coordination order. The Court will hold a status conference telephonically on November 4, 2022 at 10:30am. Dial-in: (888) 363-4749; Access Code: 3667981. (Nacanther, Florence)**

**1:21-cv-10839-PKC Notice has been electronically mailed to:**

Gideon Orion Oliver    gideon@gideonlaw.com

Jessica Massimi    jessica.massimi@gmail.com

Elena Louisa Cohen    elenacohenesq@gmail.com

Peter William Brocker    peter.brocker@usdoj.gov

Remy Green    remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, remygreen@recap.email

Andrea Osgood    aosgood@law.nyc.gov

**1:21-cv-10839-PKC Notice has been delivered by other means to:**