UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                                    **STIPULATION &**
                                    Plaintiff,      **PROPOSED ORDER**

            -against-                               21 Civ. 10832 (LAK)

CITY OF NEW YORK, ET AL.,

                                    Defendants.

-------------------------------------------------------------------------- x

        **WHEREAS,** defendants filed a partial motion to dismiss on June 13, 2022; and

        **WHEREAS**, plaintiff filed an opposition to defendants' partial motion to dismiss

on September 6, 2022;

        **WHEREAS**, defendants' reply is due by September 30, 2022;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

        1.      Defendants' deadline to reply to plaintiff's opposition shall be extended by eleven

(11) days, from September 30, 2022 to October 11, 2022.


                **[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

Dated: New York, New York
September 30, 2022

ELENA COHEN
*Attorney for Plaintiff*
Cohen Green PLLC
1639 Centre Street
Suite 216
Ridgewood, NY 11385

By: /s/ Elena L. Cohen    (by JRG)
Elena Cohen, Esq.
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants City, de Blasio,*
*Shea, Monahan, & Costello*
100 Church Street
New York, New York 10007

By: _____
Andrea Osgood, Esq.
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022