UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-3-22
```

-------------------------------------------------------------------------x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                       Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                                       Defendants.

-------------------------------------------------------------------------x

**STIPULATION & PROPOSED ORDER**

21 Civ. 10832 (LAK)

**WHEREAS,** defendants filed a partial motion to dismiss on June 13, 2022; and

**WHEREAS,** plaintiff filed an opposition to defendants' partial motion to dismiss on September 6, 2022;

**WHEREAS,** defendants' reply is due by September 30, 2022;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. Defendants' deadline to reply to plaintiff's opposition shall be extended by eleven (11) days, from September 30, 2022 to October 11, 2022.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

Dated: New York, New York
       September 30, 2022

| | |
|---|---|
| ELENA COHEN<br>*Attorney for Plaintiff*<br>Cohen Green PLLC<br>1639 Centre Street<br>Suite 216<br>Ridgewood, NY 11385 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City, de Blasio,*<br>   *Shea, Monahan, & Costello*<br>100 Church Street<br>New York, New York 10007 |
| By: /s/ Elena L. Cohen   (by JRG)<br>    Elena Cohen, Esq.<br>    *Attorney for Plaintiff* | By: *Andrea Osgood*<br>    Andrea Osgood, Esq.<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: __10/3__, 2022