

October 7, 2022

Hon. Lewis A. Kaplan
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

By Electronic Filing

    Re:    <u>Casablanca-Torres v. City of New York</u>, et al., 21-cv-10832 (LAK)(JLC)

Dear Judge Kaplan:

    My firm, with co-counsel, represents Plaintiff in the case named above.  I write regarding the relevant multimedia exhibit on the pending motion to dismiss.

    After speaking with the Court's Clerk and Records Office, I understand that for the multimedia exhibit on the pending motion to dismiss, we need an Order from the Court directing the Records office to accept the multimedia submission, specifying the format and the like.  Thus, I would ask the Court to enter an Order directing us to file a USB stick that includes the video for which a placeholder was filed at Dkt. No. 56-1.

    As always, I thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____
    J. Remy Green
       *Honorific/Pronouns: Mx., they/their/them*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.