UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

FRANCISCO JAVIER CASABLANCA-TORRES,

            Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

            Defendants.

------------------------------------------------------------------------- x

**STIPULATION &
PROPOSED ORDER**

21 Civ. 10832 (LAK)

  **WHEREAS,** defendants filed a partial motion to dismiss on June 13, 2022; and

  **WHEREAS**, plaintiff filed an opposition to defendants' partial motion to dismiss on September 6, 2022;

  **WHEREAS**, defendants' reply is due by October 11, 2022;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

  1. Defendants' deadline to reply to plaintiff's opposition shall be extended by ten (10) days, from October 11, 2022 to October 21, 2022.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

Dated: New York, New York
      October 07 , 2022

| | |
|---|---|
| REMY GREEN<br>*Attorneys for Plaintiff*<br>Cohen Green PLLC<br>1639 Centre Street<br>Suite 216<br>Ridgewood, NY 11385<br><br>By: _____<br>    Remy Green | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City, de Blasio,*<br>  *Shea, Monahan, & Costello*<br>100 Church Street<br>New York, New York 10007<br><br>By: _____<br>    Andrea Osgood, Esq.<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022