```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                                    Plaintiff,

                -against-

CITY OF NEW YORK, ET AL.,

                                                   Defendants.

------------------------------------------------------------------x

**STIPULATION &
PROPOSED ORDER**

21 Civ. 10832 (LAK)

        **WHEREAS**, defendants filed a partial motion to dismiss on June 13, 2022; and

        **WHEREAS**, plaintiff filed an opposition to defendants' partial motion to dismiss on September 6, 2022;

        **WHEREAS**, defendants' reply is due by October 11, 2022;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     Defendants' deadline to reply to plaintiff's opposition shall be extended by ten (10) days, from October 11, 2022 to October 21, 2022.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

Dated: New York, New York
        October 07, 2022

REMY GREEN
*Attorneys for Plaintiff*
Cohen Green PLLC
1639 Centre Street
Suite 216
Ridgewood, NY 11385

By: _____
    Remy Green

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
        City of New York
*Attorney for Defendants City, de Blasio,
    Shea, Monahan, & Costello*
100 Church Street
New York, New York 10007

By: _____
    Andrea Osgood, Esq.
    *Assistant Corporation Counsel*


SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: __10/14__, 2022