UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                      Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                                      Defendants.

**STIPULATION & PROPOSED ORDER**

21 Civ. 10832 (LAK)

------------------------------------------------------------------------- x

**WHEREAS,** defendants filed a partial motion to dismiss on June 13, 2022; and

**WHEREAS**, plaintiff filed an opposition to defendants' partial motion to dismiss on September 6, 2022;

**WHEREAS**, defendants' reply is due by October 21, 2022;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    Defendants' deadline to reply to plaintiff's opposition shall be extended by ten (7) days, from October 21, 2022 to October 28, 2022.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

Dated: New York, New York
      October 21, 2022

| | |
|---|---|
| ELENA COHEN<br>*Attorney for Plaintiff*<br>Cohen Green PLLC<br>1639 Centre Street<br>Suite 216<br>Ridgewood, NY 11385 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City, de Blasio,*<br>  *Shea, Monahan, & Costello*<br>100 Church Street<br>New York, New York 10007 |
| By: _____<br>    Elena Cohen, Esq.<br>   *Attorney for Plaintiff* | By: _____<br>    Andrea Osgood, Esq.<br>   *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022