UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                    Plaintiff,

        -against-

CITY OF NEW YORK, ET AL.,

                                  Defendants.

------------------------------------------------------------------x

**STIPULATION & PROPOSED ORDER** (PROPOSED struck through)

21 Civ. 10832 (LAK)

**WHEREAS,** defendants filed a partial motion to dismiss on June 13, 2022; and

**WHEREAS,** plaintiff filed an opposition to defendants' partial motion to dismiss on September 6, 2022;

**WHEREAS,** defendants' reply is due by October 21, 2022;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. Defendants' deadline to reply to plaintiff's opposition shall be extended by ten (7) days, from October 21, 2022 to October 28, 2022.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

Dated: New York, New York
    October 21, 2022

ELENA COHEN
*Attorney for Plaintiff*
Cohen Green PLLC
1639 Centre Street
Suite 216
Ridgewood, NY 11385

By: _____
    Elena Cohen, Esq.
    *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants City, de Blasio,
    Shea, Monahan, & Costello*
100 Church Street
New York, New York 10007

By: _____
    Andrea Osgood, Esq.
    *Assistant Corporation Counsel*


SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: 10/24, 2022