**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX, IAS PART 3/33**

-----------------------------------------------------------------X

Ugurlu, et. al.,

-against-

City of NY, et al.;

-----------------------------------------------------------------X

Index №. 801554/22E

Hon.   **Mitchell J. Danziger**

**Justice Supreme Court**

| | NYSCEF Doc. # |
|---|---|
| Notice of Motion - Affirmation and Exhibits | NYSCEF Doc. # |
| Affirmations in Opposition and Exhibits | NYSCEF Doc. # |
| Reply Affirmation | NYSCEF Doc. # |

Upon the foregoing papers, it is ordered that this motion is

Resolved per the annexed stipulation.

Dated:  5/18/23

Hon. _____
        **Mitchell J. Danziger, J.S.C.**

1. CHECK ONE............................................   ☐ CASE DISPOSED IN ITS ENTIRETY   ☑ CASE STILL ACTIVE

2. MOTION IS..............................................   ☐ GRANTED   ☐ DENIED   ☐ GRANTED IN PART   ☑ OTHER

3. CHECK IF APPROPRIATE.....................   ☐ SETTLE ORDER   ☐ SUBMIT ORDER   ☐ SCHEDULE APPEARANCE

☐ FIDUCIARY APPOINTMENT   ☐ REFEREE APPOINTMENT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

_____ X

Ugurlu, et al.

V.

City of New York, et al.

_____ X

**INDIVIDUAL ASSIGNMENT PART** IA-3

**STIPULATION**

Index No. 801554/2022E

Mot. Cal.No. 11

Date 2023-05-18

**IT IS HEREBY STIPULATED AND AGREED** by and between the below-named attorney(s) as follows:

The statute of limitations on the claims here, arising out of an incident on June 4, 2020, is ordinarily 3 years. Pwns v. Okure, 488 US 235 (1989); CPLR 214(5). However, for the many substantially the reasons explained in Bell v. Saunders, 2022 US Dist. LEXIS 101994, at *13 (NDNY, June 8, 2022) it is tolled for an additional 153 days, until Nov. 5, 2023.

THEREFORE,

① Defendants shall provide body camera footage, including Evidence.com audit trail logs, within 7 days;

② Defendants shall provide duty rosters, and records of helmet numbers within 60 days; and

③ Plaintiffs will attempt to use the above to identify the Doe Officers.

Date: 5/18/23

So Ordered.

ENTER: _____
J.S.C.
HON. MITCHELL J. DANZIGER

SC. NO. 8G Rev. 3/86

Remy Green, for Ps
Attorney for Plaintiff

_____
for the City
Attorney for Defendant

_____
Attorney for Defendant

IAS

Present: HON. MITCHELL J. DANZIGER

At a Part 3 of the Supreme Court of the
City of New York, County of Bronx,
located at 851 Grand Concourse, Bronx, NY
on the 11 day of May, 2023.

IAS. 3
appearance
7/12/23
compliance
conference

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

----------------------------------------------------------------------X

ALI UGURLU, NOVA LUCERO, HAYLEY MULVEY,
AND KARO BEYGZADEH,

Plaintiffs,

-against-

THE CITY OF NEW YORK; NEW YORK CITY
MAYOR BILL DE BLASIO; NEW YORK POLICE
DEPARTMENT ("NYPD") COMMISSIONER DERMOT
SHEA; NYPD CHIEF OF DEPARTMENT TERENCE
MONAHAN; NYPD ASSISTANT CHIEF KENNETH
LEHR; NYPD LEGAL BUREAU SERGEANT
KENNETH RICE; NYPD OFFICER DEBORA MATIAS;
NYPD OFFICER SANDRA GONZALEZ; NYPD
OFFICER ORVIN FELICIANO; and NYPD MEMBERS
JOHN AND JANE DOES # 1-102,

Defendants.

----------------------------------------------------------------------X

**ORDER TO SHOW
CAUSE**

**Index No.** 801554/2022E

Upon the annexed affirmation of Remy Green, dated May 10, 2023, and upon all the

papers and proceedings heretofore had herein,

LET the defendants or their attorneys show cause before a Part 3 A of this Court, IAS Room 707

located at 851 Grand Concourse, Bronx, NY on the 1st day of June, 2023, at 9:30 a.m., or as 15 th of May

soon thereafter as the parties can be heard,

WHY an Order should not be made either:

(1) Directing, on or before June 2, 2023, Defendants to identify:
   a. John Does 81-84 (NYSCEF Doc. No. 1, Paras. 49; 151-154, the Does
      who Plaintiff Ugurlu has individual claims against)
   b. Jane Doe 85; John Does 86-94 (NYSCEF Doc. No. 1, Paras. 51; 159-
      171, the Does who Plaintiff Lucero has individual claims against)

1

    c. John or Jane Doe 95; John Does 96-97; Jane Doe 98 (NYSCEF Doc. No. 1, Paras. 53; 175-182, the Does who Plaintiff Mulvey has individual claims against); and

    d. John Does 100-102 (NYSCEF Doc. No. 1, Paras. 55; 186-189, the Does who Plaintiff Beygzadeh has individual claims against); or

(2) Finding that the statute of limitations under 42 U.S.C. § 1983 includes the

executive toll between March and November of 2020, and directing

Defendants to identify the same Does within 30 days of any order;

SUFFICIENT CAUSE APPEARING THEREFORE

overnight delivery service on or before May 16, 2023

LET service by ~~NYSCEF electronic filing, as permitted by the rules on electronic filing,~~ of a copy of this order and supporting papers on all interested persons be deemed good and sufficient service.

~~Dated: Bronx, New York~~
~~_____, __, 2023~~

Enter,

HON. MITCHELL J. DANZIGER, JSC