UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| Plaintiff, | Francisco Javier Casablanca-Torres |
| -v- | |
| Defendant. | City Of New York |

-------------------------------------------------------------x

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

21-cv-10832   ( LAK ) (JLC  )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9-1-2023_

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions:  X_____

*Do not check if already referred for general pretrial.

Dated  _September 1, 2023_

SO ORDERED:

_/s/ Lewis A. Kaplan_

United States District Judge