

**MEMO ENDORSED**

## Gideon Orion Oliver
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

Office: (718) 783-3682
Signal: (646) 263-3495
Fax: (646) 349-2914*

*Not for service

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-1-2023

August 31, 2023

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   *Casablanca-Torres v. City of New York, et al.*, 21-cv-10832(LAK)

Your Honor:

I write jointly on behalf of Plaintiff's counsel, and counsel for Defendants, to ask that the Court refer this matter to Magistrate Judge Cott for a settlement conference.

If the Court grants this application, the parties intend to contact Judge Cott and ask for a settlement conference on an expedited basis in case settlement may be possible in light of the posture of the case, including upcoming discovery obligations.

The parties thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver

Granted.

SO ORDERED.

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Court Judge

Dated: September 1, 2023