

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*\*Not for service*

September 1, 2023

**BY ECF**
Hon. James L. Cott
United States Magistrate Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    <u>*Casablanca-Torres v. City of New York, et al.,* 21-cv-10832 (LAK)(JLC)</u>

Your Honor:

      I represent Plaintiff in the above matter, which Judge Kaplan referred to Your Honor earlier today for assistance in exploring potential settlement. The parties now jointly request that the Court schedule a settlement conference, as well as a pre-conference call among counsel for the parties and the Court, also as soon after September 11, 2023 as possible. We believe, and respectfully submit, that a brief call with the Court in advance of the usual pre-conference submissions and conference would be beneficial here.

      The parties and counsel thank Your Honor for the Court's attention to this matter.

                                Respectfully submitted,

                                      /S/

                              Gideon Orion Oliver