UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

FRANCISCO JAVIER CASABLANCA-TORRES,

                            Plaintiff,          **NOTICE OF APPEARANCE**

      -against-

CITY OF NEW YORK, et al.,                    21 Civ. 10832 (LAK)

                          Defendants.

------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that **Omar J. Siddiqi**, Senior Counsel, appears herein as counsel of record on behalf of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for defendants City, De Blasio, Shea, Monahan, and Costello, in this action. I am admitted to practice in this District.

Dated:       New York, New York
                September 11, 2023

                                                  Respectfully submitted,

                                                  HON. SYLVIA O. HINDS-RADIX
                                                  Corporation Counsel of the City of New York
                                                  *Attorney for Defendants*
                                                  100 Church Street, Room 3-203B
                                                  New York, New York 10007
                                                  (212) 356-2345
                                                  (212) 356-3509 (fax)
                                                  osiddiqi@law.nyc.gov

                                        By:    */s/ Omar J. Siddiqi*
                                                       Omar J. Siddiqi
                                                       *Senior Counsel*

To:     *All Counsel of Record*