

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com\*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914\*

*\*Not for service*

September 18, 2023

**BY ECF**
Hon. James L. Cott
United States Magistrate Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    <u>Casablanca-Torres v. City of New York, et al.,</u> 21-cv-10832 (LAK)(JLC)

Your Honor:

    I am co-counsel for Plaintiff in the above matter. I write jointly with opposing counsel to ask that the Court allow the parties to exchange the settlement demands and responses due pursuant to the Court's September 14, 2023 Scheduling Order (ECF 86) a few days days later, so that Plaintiff's demand would be due this Thursday, September 21, 2023, rather than today, and Defendants' response would be due Friday, September 29, 2023. We make this request in light of the status of the case as discussed at last week's conference, including the prior history of settlement negotiations in this matter, and in light of religious holidays next Monday, Tuesday, and Wednesday.

    The parties and counsel thank Your Honor for the Court's attention to this matter.

                                  Respectfully submitted,

                                    /S/

                                  Gideon Orion Oliver