UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| FRANCISCO JAVIER CASABLANCA TORRES,<br><br>           Plaintiff,<br><br> - against -<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>           Defendants. | STIPULATION AND PROPOSED ORDER REGARDING SECOND AMENDED COMPLAINT (ECF 87)<br><br>21-cv-10832 (LAK) |

------------------------------------------------------------------------X

**WHEREAS,** prior to September 14, 2023, Plaintiff proposed amending the First Amended Complaint ("FAC") in this matter to substitute the true names of two individual Defendants who had previously been identified as John Doe 2 and John Doe 3; and

**WHEREAS**, Plaintiff provided Defendants with a proposed Second Amended Complaint ("SAC") to review, seeking their consent to amend the FAC, and, on September 14, 2023, Defendants consented in writing to Plaintiff's proposed amended pleading; and

**WHEREAS**, on September 15, 2023, Plaintiff sought to amend the FAC pursuant to pursuant to Fed.R.Civ.P. 15(a)(2) by filing the SAC in this matter (*see* ECF 87);

**IT IS THEREFORE HEREBY ORDERED** that the FAC is amended and replaced by the SAC pursuant to Fed.R.Civ.P. 15.

DATED:  September 19, 2023

_____      /s/ Omar J. Siddiqi
Gideon Orion Oliver             _____
Attorney for Plaintiff              Omar J. Siddiqi
                         Attorney for Defendants
                         Named in the FAC

             **SO ORDERED:**

             _____
             **Hon. Lewis A. Kaplan, U.S.D.J.**