UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

JAVIER CASABLANCA-TORRES,

                                              **NOTICE OF APPEARANCE**
           Plaintiff,    21-CV-10832 (LAK) (JLC)

       -against-

THE CITY OF NEW YORK, ET AL.,

                         Defendants.

----------------------------------------------------------------------- x


       **PLEASE TAKE NOTICE** that **Amy Robinson,** Senior Counsel, should be added as

counsel of record on behalf of the Corporation Counsel of the City of New York, the Honorable

Sylvia O. Hinds-Radix, attorney for defendant City of New York.

Dated:  New York, New York
        September 20, 2023

                                   HON. SYLVIA O. HINDS-RADIX
                                   Corporation Counsel
                                   of the City of New York
                                   *Attorney for Defendant City of New York*
                                   100 Church Street
                                   New York, New York 10007
                                   (212) 356-3518


                     By:    *Amy Robinson /s/*
                                   Amy Robinson
                                   Special Federal Litigation Division