| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |

**GPS and Timestamp:** 40.71287395436383, -74.00015098981
1695395731013

| | |
|---|---|
| **Plaintiff / Petitioner:** CASBLANCA-TORRES | **AFFIDAVIT OF SERVICE** Index No: 21-CV-10832 |
| **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>County of Nassau</u>. That on <u>Fri, Sep 22 2023</u> AT <u>11:18 AM</u> AT <u>1 Police Plz, New York, NY 10038</u> deponent served the within <u>SUMMONS ,SECOND AMENDED COMPLAINT ,ECF RULES AND INDIVIDUAL RULES OF PRACTICE</u> on <u>NYPD SERGEANT RICHARD WALL</u>

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to <u>Bono Giorgio</u> a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, <u>1 Police Plz, New York, NY 10038</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on <u>Fri, Sep 22 2023</u> by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: 40 | Ethnicity: Middle Eastern | | Gender: Female | | Weight: 160 | | |
| Height: 5'9" | Hair: Black | Eyes: Brown | | | Relationship: Community assistant | | |
| Other | | | | | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 25th day of September 2023

_/s/ Mitchell Raider_
Mitchell Raider
1450036

_/s/ Notary_
Notary Public

Commission Expires May 2, 202_