

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **OMAR J. SIDDIQI**<br>Senior Counsel<br>phone: (212) 356-2345<br>fax: (212) 356-3509<br>osdidiqi@law.nyc.gov |

September 27, 2023

**BY ECF**
Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: <u>Casablanca-Torres v. City, et al.</u>,
            21 Civ. 10832 (LAK) (JLC)

Your Honor:

      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to the defense of the NYPD Defendants in this matter. The parties write jointly to respectfully request that the Court adjourn the settlement conference currently scheduled for October 2, 2023, to October 10, 2023 at 10:00 a.m. Upon information and belief after a call with Chambers, the Court currently has this time open.

      The reason for the instant request is that on September 20, 2023, defendants provided to plaintiffs, for settlement purposes, additional discovery materials consisting of IAB files, CCRB files, and related media. Based on those materials, plaintiffs are further considering their demand; the parties request additional time to confer and discuss initial settlement positions prior to the settlement conference. Further, defense counsel will require additional time to convey plaintiffs' revised positions to his clients in conversations concerning appropriate authority. Therefore, and in order to have a productive settlement conference, the parties now respectfully request that the Court adjourn the settlement conference to October 10, 2023 at 10:00 a.m. If the Court grants this application, the parties also jointly ask that the deadlines for their *ex-parte* letters be extended by a week. We thank you for your consideration of this request.

                                                              Respectfully submitted,

                                                              *Omar J. Siddiqi*
                                                              Senior Counsel

cc: Gideon Oliver, Counsel for Plaintiff