UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

FRANCISCO JAVIER CASABLANCA-TORRES,

                                      Plaintiff,

               - against -

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD OFFICER RYAN COSTELLO, SHIELD NO. 03464; NYPD LIEUTENANT LUIS COLUMBIE; NYPD SERGEANT RICHARD WALL, and NYPD MEMBERS JOHN and JANE DOES # 1 and 4,

                                      Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

21 Civ. 10832 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/24

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
February 14, 2024

GIDEON ORION OLIVER
*Attorney for Plaintiff*
277 Broadway, Suite 1501
New York, NY 10007

By: _____
Gideon Orion Oliver

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York, New York City Police Department, Dermot Shea, Terence Monahan, Ryan Costello, Luis Columbie and Richard Wall*
100 Church Street
New York, New York 10007

By: _____
Amy Robinson

ELENA LOUISA COHEN
*Attorney for Plaintiff*
Cohen Green PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385

By: _____
Elena Louisa Cohen

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
Dated: Feb. 20, 2024

2